AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jul 25, 2024

SEAN F. McAVOY, CLERK

JAMES H.,

*Plaintiff*

v.

MARTIN O'MALLEY,
Commissioner of Social Security,

*Defendant*

)
)
)
)
)
)

Civil Action No.   1:23-cv-05178-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   The ALJ's non-disability decision is REVERSED, and this matter is REMANDED to the Commissioner of Social
           Security for a calculation of benefits pursuant to sentence four of 42 U.S.C. § 405(g).
           Judgment in favor of the Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge       Edward F. Shea _____

Date: 7/25/2024 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Nicole Cruz _____
*(By) Deputy Clerk*

Nicole Cruz _____